# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7549

**Motion for:** leave to file post-argument letter

**Caption [use short title]**

Srour

v

New York City

**Set forth below precise, complete statement of relief sought:**

Leave to file post-argument letter.

**MOVING PARTY:** New York City et al.
**OPPOSING PARTY:** Srour

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Elina Druker
**OPPOSING ATTORNEY:** Amy Bellantoni

[name of attorney, with firm, address, phone number and e-mail]

100 Church Street
NY NY 10005 - 212-356-2609
edruker@law.nyc.gov

2 Overhill Road, Suite 400
Scarsale, NY 10583  914-367-0090
info@bellantoni-law.com

**Court- Judge/ Agency appealed from:** United States District Court Judge John P. Cronan (SDNY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: June 10, 2024

**Signature of Moving Attorney:**

*Elina Druker* **Date:** June 6, 2024  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)



MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NEW YORK 10007

ELINA DRUKER
*Assistant Corporation Counsel*
Phone: 212-356-2609
edruker@law.nyc.gov

June 10, 2024

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Srour v. New York City*
Docket No. 23-7549

Dear Ms. Wolfe:

This morning, I presented oral argument on behalf of appellant, the City of New York, in this case. The panel gave permission for counsel for appellee Joseph Srour to submit a post-argument letter by this Thursday addressing the disposition of the retrospective-relief portions of the order on appeal. In the interest of focusing the issues, I submit this letter, in advance of Srour's response, to clarify the City's position on those claims.

This is an interlocutory appeal under 28 U.S.C. § 1292(a)(1) from the order entering a permanent injunction against enforcement of New York City Administrative Code § 10-303(a)(2) and granting related declaratory relief. In the same order, the district court also granted summary judgment on liability as to Srour's damages claim arising from the 2019 denial of his application for a rifle/shotgun permit but deferred a determination of the amount of damages. This Court does not yet have appellate jurisdiction over the retrospective claims as those claims have not been reduced to a final judgment. Only Srour's claims for prospective relief are now before the Court.

The latter claims have become moot because Srour has been granted a license and, thus, has no ongoing stake in the constitutionality of § 10-303(a)(2). The City now seeks a *Munsingwear* vacatur to prevent the district court's unreviewable determination from spawning future legal consequences. Accordingly, we ask the Court to vacate the award of prospective relief—that is, the entry of a permanent injunction and the entry of a declaration that § 10-303(a)(2) is unconstitutional. This

Court need not disturb the district court's finding of liability on Srour's damages claim. Although the City maintains that the findings as to that claim are legally incorrect, they will be subject to future appellate review after the district court enters a final judgment. Thank you for your consideration.

                                          Respectfully submitted,

                                          MURIEL GOODE-TRUFANT
                                          *Acting Corporation Counsel*
                                          *of the City of New York*
                                          Attorney for Appellant

By: *\[signature\]* Elina Druker
      Elina Druker
      Assistant Corporation Counsel

cc:    *All counsel of record by ACMS*